**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| *The Worth Collection, Ltd.*, | ) |
| | ) Case No. 20-10337 (BLS) |
| Debtor. | ) |
| | ) |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd., | ) ) ) ) Adv. Proc. No. _____ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW WATER CAPITAL GP, LLC; NEW WATER CAPITAL, L.P.; NEW WATER CAPITAL PARTNERS, L.P.; NWC WORTH COLLECTION HOLDINGS, LLC; WORTH INVESTMENT HOLDINGS, LLC; WORTH COLLECTION INTERMEDIATE HOLDINGS, LLC; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE LIMITED PARTNERSHIPS 1-10; DOE LIMITED LIABILITY COMPANIES 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |

<u>**COMPLAINT**</u>

<u>**CONFIDENTIAL - FILED UNDER SEAL**</u>

Dated: March 24, 2023
Wilmington, Delaware

**GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*-and-*

Harley J. Goldstein, Esq. (admitted *pro hac vice*)
Daniel C. Curth, Esq. (admitted *pro hac vice*)
Amrit S. Kapai, Esq. (admitted *pro hac vice*)
Steven Yachik, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
danc@goldmclaw.com
amritk@goldmclaw.com
steveny@goldmclaw.com

*Counsel for the Chapter 7 Trustee*

2